COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Paula Miller v. James Prince a.k.a James Smith

Appellate case number:   01-13-00243-CV

Trial court case number: 2011-65843

Trial court:             309th District Court of Harris County

On April 29, 2014, we ordered this appeal stayed due to the United States Bankruptcy Court for the Southern District of Texas reinstating appellant Paula Miller's bankruptcy petition on March 28, 2014. On August 27, 2014, appellee James Prince filed a motion with our Court requesting that we reinstate this case because the bankruptcy court issued an order on August 11, 2014, attached as Exhibit A to the motion, dismissing appellant's bankruptcy with prejudice. *See* TEX. R. APP. P. 8.3(a) ("If a case has been suspended by a bankruptcy filing, a party may move that the appellate court reinstate the appeal if permitted by federal law or the bankruptcy court."). Appellee correctly asserts that dismissal of appellant's bankruptcy terminates the automatic stay provisions of 11 U.S.C. §362, thereby authorizing reinstatement of the pending appeal in our Court. *See* 11 U.S.C. § 362(c)(2)(B). Further, although appellant filed a notice of appeal from the bankruptcy court's dismissal order, the Bankruptcy Code does not provide an automatic stay pending appeal. Rather, appellant must affirmatively seek a stay pending appeal pursuant to Federal Rule of Bankruptcy Procedure 8005. *See* FED. R. BANKR. P. 8005. Appellee asserts that, as of the filing of the motion, appellant has neither sought nor been granted such stay relief. Appellant did not respond to appellee's motion to reinstate this appeal.

Appellee's motion to reinstate is **granted.** This case is **ordered** to be reinstated on this Court's active docket. Appellant is **ordered** to file her brief within **30 days** of the date of this order, with no further extensions. *See* TEX. R. APP. P. 38.6(a). If appellant fails to timely comply, the Court may dismiss this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b).

It is so ORDERED.

Judge's signature: /s/ <u>Jane Bland</u>
                   ☒ Acting individually    ☐ Acting for the Court

Date: September 18, 2014